FILED: November 5, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1943 (L)
(2:10-md-02187)
_____

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

       Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1944
(2:12-md-02325)
_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

       Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

  Appellee

_____

No. 19-1945
(2:12-md-02326)
_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

  Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

  Appellee

_____

No. 19-1947
(2:12-md-02327)
_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

  Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

------------------------

No. 19-1948
(2:12-md-02387)

------------------------

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

        Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

------------------------

No. 19-1949
(2:13-md-02440)

------------------------

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

        Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------------------

No. 19-1950
(2:14-md-02511)

------------------------------

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

    Appellant

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------------------

O R D E R

------------------------------

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    <u>/s/ Patricia S. Connor, Clerk</u>